```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN SHTINO,

                Plaintiffs,           16 **CIVIL** 9432 (JPO)

    -against-                       **JUDGMENT**

DONALD J. TRUMP, et al.,
                Defendant.
------------------------------------------------------------X

Plaintiff, appearing pro se, having brought this action, requesting an emergency hearing; Plaintiff paid the requisite fees to file this action, and the matter having come before the Honorable J. Paul Oetken, United States District Judge, and the Court, on February 23, 2017, having rendered its Order dismissing Plaintiff's complaint, and directing the Clerk of Court to enter judgment in this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 23, 2017, Plaintiff's complaint is dismissed, and the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Order dated February 23, 2017, would not be taken in good faith, and therefore, in forma pauperis is denied for the purpose of an appeal.

**Dated:** New York, New York
        February 28, 2017

                                                  RUBY J. KRAJICK
                                                     Clerk of Court
                                      BY:
                                                           Deputy Clerk

                                               **THIS DOCUMENT WAS ENTERED**
                                               **ON THE DOCKET ON** 2/28/2017